|   |   |
|---|---|
| 1 | Sanford Jay Rosen, State Bar No. 62566 |
| 2 | Maria V. Morris, State Bar No. 223903 |
|   | Lori E. Rifkin, State Bar No. 244081 |
| 3 | ROSEN, BIEN & GALVAN, LLP |
|   | 315 Montgomery Street, Tenth Floor |
| 4 | San Francisco, CA 94104 |
|   | Telephone: (415) 433-6830 |
| 5 | Facsimile: (415) 433-7104 |
| 6 | Attorneys for Plaintiffs |
| 7 | (Additional Counsel for Plaintiffs on the following page) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Case Nos. C 08-1190-SI, C 08-1184-SI

CLAUDE BRYANT, et al.,
On behalf of themselves and all employees similarly situated,

Plaintiffs,

v.

SERVICE CORPORATION INTERNATIONAL, et al.,

Defendants.

STIPULATION OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND NOTICE OF APPEARANCE OF NEW COUNSEL

WILLIAM HELM, et al. On behalf of themselves and all employees similarly situated,

Plaintiffs,

v.

ALDERWOODS GROUP, INC., et al.

Defendants.

PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby substitute one of their counsel and attorneys of record as in this matter as follows:

Former Counsel:    Rosen, Bien and Galvan, LLP

STIP OF SUBSTITUTION OF COUNSEL FOR        1    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

```
 1       Sanford Jay Rosen
         Maria V. Morris
         Lori E. Rifkin
 2       315 Montgomery Street, Tenth Floor
         San Francisco, CA 94104
 3       (415) 433-6830

 4  New Counsel:  Burnham Brown
                  Robert M. Bodzin
 5                P.O. Box 119
                  Oakland, California 94604-0119
 6                (510) 444-6800

 7       PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON
 8  LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs
 9
10  DATED: October 23, 2008          ROSEN, BIEN & GALVAN, LLP
11
12                                   By _____
                                        Sanford Jay Rosen, State Bar No. 62566
13                                      Maria V. Morris, State Bar No. 223903
                                        Lori E. Rifkin, State Bar No. 244081
14
15                                   315 Montgomery Street, Tenth Floor
                                     San Francisco, CA 94104
16                                   Telephone: (415) 433-6830

17  DATED: October 23, 2008          BURNHAM BROWN
18
19                                   By _____
                                        Robert M. Bodzin, State Bar No. 201327
20                                   P.O. Box 119
                                     Oakland, CA 94604-0119
21                                   Telephone: (510) 444-6800
22
23
24
25
26
27
28
```

STIP OF SUBSTITUTION OF COUNSEL FOR        2    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL.

| | |
|---|---|
| 1 | Additional Counsel for Plaintiffs |
| 2 | J. Nelson Thomas, NY Attorney No. 2579159 |
|   | Patrick J. Solomon, NY Attorney No. 2716660 |
| 3 | Annette Gifford, NY Attorney No. 4105870 |
|   | DOLIN, THOMAS & SOLOMON LLP |
| 4 | 693 East Avenue |
|   | Rochester, NY 14607 |
| 5 | Telephone: (585) 272-0540 |
|   | Facsimile: (585) 272-0574 |
| 6 | |
|   | Charles H. Saul, PA State Bar No. 19938 |
| 7 | MARGOLIS EDELSTEIN |
|   | 525 William Penn Place, Suite 3300 |
| 8 | Pittsburgh, PA 15219 |
|   | Telephone: (412) 281-4256 |
| 9 | Facsimile: (412) 642-2380 |

10/23/2008 14:06 FAX 415 433 7104    ROSEN BIEN GALVAN
Oct-14-08  09:19am  From-BURNHAM BROWN    +510 835 6666    T-016  P.005/006  F-164

Case 1:08-cv-00925-JEJ  Document 1804  Filed 10/23/08  Page 4 of 4 PageID #: 2046

1  PURSUANT TO STIPULATION
   IT IS SO ORDERED
2

3  DATED: October ___, 2008

   _____
   HONORABLE SUSAN ILLSTON
4  UNITED STATES DISTRICT COURT